UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 10-06706 DMG (PJWx)** | Date | September 20, 2010 |
|---|---|---|---|
| Title | *Anthony Smith v. Firstsource Financial Solutions LLC* | Page | 1 of 1 |

Present: The Honorable   **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE REMANDED**

On August 13, 2010, Plaintiff Anthony Smith filed a small claims action in Los Angeles County Superior Court against Defendant Firstsource Financial Solutions LLC. Plaintiff's Claim states only that "Defendant illegally reported a negative trade line on [Plaintiff's] credit report" and that Defendant owes Plaintiff $7,500 for "defamation, personal injury, [and] financial injury." (Notice of Removal, Ex. A at 2.)

On September 9, 2010, Defendant removed this case to federal court on the basis of federal question jurisdiction. *See* 28 U.S.C. §§ 1331, 1441(b). Specifically, Defendant contends that this action involves a federal question under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq*. (Notice of Removal ¶ 12.)

The gravamen of Plaintiff's Claim is that Defendant improperly furnished information to a credit reporting agency that adversely impacted Plaintiff's credit rating. Although the FCRA generally preempts such claims, *see* 15 U.S.C. § 1681t(b)(1)(F), it expressly does not preempt claims brought under California Civil Code section 1785.25(a), which provides that "[a] person shall not furnish information on a specific transaction or experience to any consumer credit reporting agency if the person knows or should know the information is incomplete or inaccurate." *See* 15 U.S.C. § 1681t(b)(1)(F)(ii); *Gorman v. Wolpoff & Abramson, LLP*, 584 F.3d 1147, 1173 (9th Cir. 2009). Thus, it appears that Plaintiff's claim is not preempted by the FCRA and that this litigation raises no federal question.

Accordingly, Defendant is **ORDERED TO SHOW CAUSE** why this action should not be remanded to Los Angeles County Superior Court. Defendant shall file its response by **September 27, 2010**.

**IT IS SO ORDERED.**

| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk <u>ys</u> |
|---|---|---|